# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No: 6:14-cv-1517-Orl-31TBS**

**HELEN GRAY,**

**Defendant.**

---

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 11), filed February 20, 2015.

On February 26, 2015, the United States Magistrate Judge issued a report (Doc. No. 12) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED.** **T**he Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant in the amount of $10,237.73 and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 16, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party